UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

VICTORIANO TAVAREZ, Individually, and :    Case No.: 1:21-cv-10013-JMF
On Behalf of All Others Similarly Situated,   :
                                                :
                   Plaintiff,   :
     vs.                             :    **NOTICE OF VOLUNTARY DISMISSAL**
                                                :
                                              :
SIERRA NEVADA BREWING CO.,   :
                                              :
               Defendant.   :
                                              :

---------------------------------------------------------x

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Victoriano Tavarez hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Sierra Nevada Brewing Co.

DATED:  March 4, 2022                 **MIZRAHI KROUB LLP**


                                       /s/ WILLIAM J. DOWNES
                                         WILLIAM J. DOWNES

                               EDWARD Y. KROUB
                               JARRETT S. CHARO
                               WILLIAM J. DOWNES
                               200 Vesey Street, 24th Floor
                               New York, NY  10281
                               Telephone:  212/595-6200
                               212/595-9700 (fax)
                               ekroub@mizrahikroub.com
                               jcharo@mizrahikroub.com
                               wdownes@mizrahikroub.com

                               *Attorneys for Plaintiff*